UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. ███████
NO. 4:22-CR-50-FL-KS-2

FILED IN OPEN COURT
ON 5-15-2024
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC
JAA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | SUPERSEDING INDICTMENT |
| | ) | |
| ███████████ | ) | |
| CHARLES PAGE | ) | |

The Grand Jury charges that:

## COUNT ONE

Beginning in or about 2018, the exact date being unknown to the Grand Jury, and continuing up to and including on or about September 20, 2022, in the Eastern District of North Carolina, and elsewhere, the defendants, ███████ ██████ and CHARLES PAGE, did knowingly and intentionally combine, conspire, confederate, agree and have a tacit understanding with each other and other persons, known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute methamphetamine, cocaine, cocaine base ("crack") and fentanyl, Schedule II controlled substances, and a quantity of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

Quantity of Controlled Substances Involved in the Conspiracy



With respect to the defendant, CHARLES PAGE, the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of the conspirators reasonably foreseeable to him, is a quantity of methamphetamine, a quantity of cocaine, and a quantity of cocaine base ("crack"), Schedule II controlled substances, and a quantity of marijuana, a Schedule I controlled substance.

COUNT TWO



COUNT THREE

## COUNT FOUR

## COUNT FIVE

## COUNT SIX

## COUNT SEVEN

3

## COUNT EIGHT



## COUNT NINE



## COUNT TEN

## COUNT ELEVEN

On or about September 20, 2022, in the Eastern District of North Carolina, the defendant, CHARLES PAGE, aiding and abetting another, did knowingly and intentionally possess with the intent to distribute a quantity of methamphetamine, a quantity of cocaine, and a quantity of cocaine base ("crack"), Schedule II controlled

4

substances, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWELVE

Beginning on or about June 7, 2022 and continuing, up to and including September 20, 2022, in the Eastern District of North Carolina, the defendant, CHARLES PAGE, did knowingly use and maintain a place, located at 630 Saint Joseph Street, Grifton, North Carolina, for the purpose of distributing controlled substances, in violation of Title 21, United States Code, Section 856(a)(1).

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any felony violation of the Controlled Substances Act charged herein, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

6

The forfeitable property includes, but is not limited to, the following:

Real Property:



Personal Property

a) The following firearms seized from 630 Saint Josephs Street, Grifton, North Carolina on September 20, 2022: Stevens Model 320 12-gauge shotgun s/n: 155009E; Marlin Model 60 .22 caliber rifle s/n: 95425368; and CBC Model SB .410 shotgun s/n: C1245733; and any and all associated accessories and ammunition.

7

If any of the forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

**REDACTED VERSION**
**Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.**

DATE: 5/14/2024

MICHAEL F. EASLEY, JR.
United States Attorney

BY: TYLER LEMONS
Assistant United States Attorney